# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Oaxaco El Bey,<br><br>    Plaintiff,<br>v.<br><br>Focus Receivables Management, LLC,<br><br>    Defendant. | Case No. 4:14-cv-00825 ODS |

## DEFENDANT FOCUS RECEIVABLES MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Focus Receivables Management, LLC ("Focus") which, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

Focus Receivables Management, LLC, a Delaware limited liability company, is wholly owned by Focus Holding Company. Neither entity is a publicly traded company and a publicly held company does not own 10% or more of either company.

Respectfully Submitted,

/s/ Paul Croker
Paul Croker MO #57000
Wallace Saunders
10111 West 87th Street
Overland Park, KS 66212
pcroker@wallaceSaunders.com
913-888-1000 (telephone)
913-888-1065 (facsimile)

*Attorneys for Defendant*
*Focus Receivables Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system, at the address of counsel noted below. Parties may access this filing through the court's system. A true copy was also sent via ordinary U.S. Mail, postage prepaid this 2nd day of October, 2014 to:

Oaxaco El Bey
2020 Cleveland Avenue
Kansas City, MO 64127

/s/ Paul Croker
Paul M. Croker